NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETSTAR-1 GOVERNMENT CONSULTING, INC.,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellant,*

**and**

**ALON, INC.,**
*Defendant-Appellant.*

---

2012-5023, -5024

---

Appeal from the United States Court of Federal Claims in No. 11-CV-294, Judge Francis M. Allegra.

---

**JUDGMENT**

---

WILLIAM F. SAVARINO, Cohen Mohr, LLP, of Washington, DC, argued for plaintiff-appellee. Of counsel was JOHN J. O'BRIEN.

DANIEL B. VOLK, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant United States. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DONALD E. KINNER, Assistant Director.

DOUGLAS L. PATIN, Bradley Arant Boult Cummings LLP, of Washington, DC, argued for defendant-appellant Alon, Inc. Of counsel were STEVEN A. POZEFSKY; and ARON CARAWAY BEEZLEY, Saltman & Stevens, P.C., of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 9, 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk